# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**VIRGIL M. SMITH,**

      Petitioner,

    V.                                    CASE NUMBER: **05-C-382**

**CATHY JESS**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Virgil M. Smith's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED WITHOUT PREJUDICE as moot because he has not exhausted his available state remedies. This action is hereby DISMISSED.**

   October 20, 2005                                              SOFRON B. NEDILSKY
Date                                                             Clerk

                                                                      s/ Linda M. Zik
                                                                      (By) Deputy Clerk